## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Diana Farrell<br>215 Oak Grove Road<br>Athens, GA  30607-1703 | CHAPTER 13<br><br>**Case Number:** 12-30623-JPS<br><br>**ATTORNEY:**  WILLIAM RHYMER |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $246.41 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

HAWTHORNE ORTHOPEDICS
1000 HAWTHORNE AVE.
ATHENS, GA 30606

**DATED:** September 1, 2016

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**